UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Pelot,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ARS National Services, Inc.; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 3:14-cv-01779-JAH-RBB<br><br>**ORDER** |

   Based on the parties' Joint Motion to Dismiss with Prejudice, and for good cause shown, IT IS HEREBY ORDERED GRANTING the parties' Joint Motion. This case is dismissed with prejudice, with each party shall bear its own attorneys' fees and costs.

Date:  November 12, 2014

_____
JOHN A. HOUSTON
United States District Judge